# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| MADISON BRINNON, et al., *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-01801 |
| VANDERBILT UNIVERSITY. *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Madison Brinnon .

Date: 11/11/2026

/s/ Grayson Wells
*Attorney's signature*

Grayson Wells TN BPR 039658
*Printed name and bar number*

Stranch, Jennings & Garvey, PLLC.
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
*Address*

gwells@stranchlaw.com
*E-mail address*

(615) 254-8801
*Telephone number*

(615) 255-5419
*FAX number*